KREIGH v. THE STATE.

Nov. Term,
1861.

An information for a felony, in the Court of Common Pleas, must show that the defendant is in custody on a charge of the felony for which the information is filed, and must negative the finding of an indictment against him.

PRATHER    17   495
v.         144  221
Ross.

'APPEAL from the *Lagrange* Common Pleas.

*Friday, December* 13.

*Per Curiam.* — Information against the defendant, the appellant here, for a rape. Trial; conviction and judgment.

The information is radically defective, in not showing that the Court below had jurisdiction of the offense.

It alleges that the defendant was in custody, but does not show that he was in custody on a charge of the felony for which the information was filed, nor does it negative the finding of an indictment against him. The case is settled by that of *Justice* v. *The State, ante,* p. 56.

The judgment is reversed, and the cause remanded. The clerk will give the proper notice for the return of the prisoner to *Lagrange* county.

*A: Ellison,* for the appellant.

*J. W. Cummings,* for the State.